**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| BORIS YANKIN | CIVIL ACTION NO. 26-2257 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| ELEAZAR GARCIA, JR., ET AL. | MAGISTRATE JUDGE McCLUSKY |

# JUDGMENT

The Court having reviewed the Report and Recommendation of the Magistrate Judge, respondent's response, with no objections having been filed, after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that petitioner Boris Yankin's Petition for Writ of Habeas Corpus, Record Document 9, is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 20th day of October, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE